**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**JERRY A. BROWN**                                                                          **PLAINTIFF**
**ADC #081479**

**v.**                                                    **Case No. 2:13-cv00144-KGB**

**NWANNEM OBI-OKOYE,** *et al.*                                              **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United

States Magistrate Judge H. David Young (Dkt. No. 25).  No objections have been filed, and the time

for filing objections has passed.  After careful consideration, the Court concludes that the Proposed

Findings and Recommendations should be, and hereby are, approved and adopted in their entirety

as this Court's findings in all respects.

It is therefore ordered that:

1.      Plaintiff Jerry A. Brown's complaint is dismissed without prejudice for failure to

comply with Local Rule 5.5(c)(2) and for failure to respond to the Court's order.

2.      All pending motions are denied as moot.

3.      The Court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 25th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE