# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**JERRY A. BROWN**  **PLAINTIFF**
**ADC #081479**

v.   Case No. 2:13-cv-00144-KGB

**NWANNEM OBI-OKOYE,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

SO ADJUDGED this 25th day of July, 2014.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE